# IN THE UNITED STATES DISTRICT COURT
# FOR SOUTHERN DISTRICT OF WEST VIRGINIA
# HUNTINGTON DIVISION

JOHN TINNEL

      Plaintiff,

Civil Action No. 3:20-cv-00667

v.

FORD MOTOR CREDIT COMPANY LLC

      Defendant.

## NOTICE OF PENDING SETTLEMENT

COMES NOW, the Defendant, Ford Motor Credit Company LLC, by counsel, and hereby gives notice to the Court that the parties have reached an agreement to settle all matters at issue in the case. The parties are currently completing documents to finalize the settlement and expect to file a proposed Agreed Order of Dismissal within forty-five (45) days.

Dated: June 14, 2021.

      **Respectfully submitted,**

      **Ford Motor Credit Company LLC**

      **By Counsel.**

/s/ Christopher A. Dawson
Christopher A. Dawson (WV Bar #10633)
Reisenfeld & Associates LLC
Attorney for Defendant
3962 Red Bank Road
Cincinnati, OH 45227
voice: (304) 853-3338
facsimile: (513) 322-7007
christopher.dawson@rslegal.com

 

## IN THE UNITED STATES DISTRICT COURT
## FOR SOUTHERN DISTRICT OF WEST VIRGINIA

JOHN TINNEL

          Plaintiff,

Civil Action No. 3:20-cv-00667

v.

FORD MOTOR CREDIT COMPANY LLC

          Defendant.

---

### CERTIFICATE OF SERVICE FOR NOTICE OF PENDING SETTLEMENT

The undersigned hereby certifies that foregoing Notice of Pending Settlement has been served upon the following, via notification through the Court's ECF system, this 14th day of June, 2021:

    Megan A. Patrick, Esq.
    Klein & Sheridan, LC
    3566 Teays Valley Road
    Hurricane, WV 25526
    mpatrick@kswvlaw.com
    *Counsel for Plaintiff*

    /s/ Christopher A. Dawson
    Christopher A. Dawson
    Reisenfeld & Associates LLC
    Attorney for Defendant
    3962 Red Bank Road
    Cincinnati, OH 45227
    voice: (304) 853-3338
    facsimile: (513) 322-7007
    christopher.dawson@rslegal.com