## IN THE UNITED STATES DISTRICT COURT
## FOR SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON DIVISION

JOHN TINNEL

        Plaintiff,

v.

                                          Civil Action No. 3:20-cv-00667

FORD MOTOR CREDIT COMPANY LLC

        Defendant.

## AGREED ORDER OF DISMISSAL

THE COURT, noting the agreement of the parties by the signature of their counsel below, having been previously advised that the parties had reached a settlement and being otherwise duly and sufficiently advised;

IT IS HEREBY ORDER AND ADJUDGED that the case is DISMISSED, with prejudice, with each party to bear their own costs and fees.

Enter: _____

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

This Order prepared by:

/s/ Christopher A. Dawson
Christopher A. Dawson (WV Bar #10633)
Reisenfeld and Associates, LLC
3962 Red Bank Road
Cincinnati, OH 45227
Voice: (304) 853-3338
Fax: (513) 322-7007
Christopher.dawson@rslegal.com
*Counsel for Defendant*

Seen and agreed to by:

/s/ Megan A. Patrick
Megan A. Patrick (WV Bar #11296)
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
Voice: (304) 562-7111
Fax: (304) 562-7115
mpatrick@kswvlaw.com
*Counsel for Plaintiff*


